UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN ORTEGA,

                        Plaintiff,

            -against-

KYX LLC,

                      Defendant.
------------------------------------------------------------X

21-CV-10288 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle.  (Doc. 17.)  Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge